DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESUS DAVILA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1307

[May 20, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 062022CF010413A88810.

Daniel Eisinger, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Melynda Layne Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Guzman v. State*, 350 So. 3d 72, 73 (Fla. 4th DCA 2022), *rev. denied*, No. SC2022-1597, 2023 WL 3830251 (Fla. June 6, 2023), *cert. denied sub nom. Guzman v. Florida*, 144 S. Ct. 2595 (2024); *Taylor v. State*, 253 So. 3d 631, 632 (Fla. 4th DCA 2018) (holding that "[n]o provision of the constitution or statute requires a judge to articulate the reasons for not giving the statutory minimum sentence when the sentence falls between the statutory minimum and maximum").

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***